1622 LOCUST STREET | PHILADELPHIA, PA 19103-6305 | phone 215/875-3000 | fax 215/875-4604 | www.bergermontague.com

# Berger & Montague, P.C.
### ATTORNEYS AT LAW

ERIC L. CRAMER — ALSO ADMITTED IN NY
WRITER'S DIRECT DIAL | 215/875-3009
WRITER'S DIRECT FAX | 215/875-4604
WRITER'S DIRECT E-MAIL | ecramer@bm.net

August 22, 2013

**VIA ECF**

The Honorable Sterling Johnson, Jr.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

        RE: *United States ex rel. Piacentile & Kilcoyne v. Amgen Inc., et al.*,
              Civil Action No.: 04-CV-3983 (Johnson, SJ) (Levy, MJ)

Dear Judge Johnson:

    I represent Relator Piacentile in the above-captioned matter. I write to respectfully request an adjournment of the hearing set for September 4, 2013 by Your Honor's August 20, 2013 scheduling order.

    I seek the adjournment for two reasons. The first is that I have a trial in federal court in Baltimore, which begins on September 9, and for which preparations will be well underway by September 4. The second is that I plan on observing the Jewish holiday of Rosh Hashanah with my family beginning in Philadelphia in the early evening of September 4. As a result of these conflicts, I respectfully request an adjournment of the September 4 hearing.

    In accordance with Your Honor's Individual Rules, I report that this is the first time that Relator Piacentile has requested an adjournment of this hearing. In addition, the Government and Relator Kilcoyne have both indicated that they do not oppose the requested adjournment. The Government and Relators' counsel are available on October 8, 9, or 10 to attend a hearing. If those dates are not convenient for the Court, the parties will endeavor to propose alternate proposed dates.

Respectfully submitted,

Eric L. Cramer



The Honorable Sterling Johnson, Jr.
August 22, 2013
Page 2

cc: Hon. Robert M. Levy
United States Magistrate Judge
Eastern District of New York

Deborah Zwany, Esq. (via ECF)
Assistant United States Attorney
United States Attorney's Office, Eastern District of New York

Jessica S. Champa, Esq. (via ECF)
Department of Justice – Civil Division

David S. Stone, Esq. (via ECF)
Robert A. Magnanini, Esq. (via ECF)
STONE MAGNANINI, LLP

Eric Owen Corngold, Esq. (via ECF)
Friedman Kaplan Seiler & Adelman

Joseph Alexander Lawrence, Esq. (via ECF)
Ryan Hassanein, Esq. (via ECF)
Morrison & Foerster LLP