# STONE ⚒ MAGNANINI
### LLP

---

COMPLEX COMMERCIAL LITIGATION

**NEW JERSEY OFFICES**   150 JFK Parkway, Short Hills, NJ 07078   P 973.218.1111   F 973.218.1106

August 29, 2013

**VIA CM/ECF AND REGULAR MAIL**

Honorable Sterling Johnson, Jr.
United States District Court for the
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:   *U.S. ex rel. Piacentile and Kilcoyne v. Amgen, Inc. et al.*
      Civil Action No.: 04-cv-3983

Dear Judge Johnson:

In response to the Court's order dated August 29, 2013 requesting that the parties confer and provide the Court with two amenable dates in September for oral argument, the parties have conferred and agreed to provide the following dates in order of preference:

1. September 30, 2013

2. September 24, 2013 or September 25, 2013

The parties thank the Court for its courtesy and will await its decision regarding which date is convenient for the Court.

Respectfully submitted,

/s/ David S. Stone
David S. Stone

DSS/dc
cc: Honorable Robert M. Levy (via regular mail)
    All counsel of record (via CM/ECF)

---